ORIGINAL

FILED

07/18/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0380

## IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0380

STATE OF MONTANA,

Plaintiff and Appellee,

v.

SERENITY ALANA MANN,

Defendant and Appellant.

FILED

JUL 1 8 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Chad Wright, Appellate Defender, petitions for an out-of-time appeal for Serenity Alana Mann from the order entered on April 4, 2023, by the First Judicial District Court, Lewis and Clark County, in Cause No. DDC-21-552. The Attorney General's Office does not object to this motion.

Wright asserts that Mann's trial counsel was not served with the written judgment until June 13, 2023, which was after the 60-day deadline for filing a Notice of Appeal in this Court had passed.

Wright argues that it would be unjust to deny Mann the right to appeal when the untimeliness of the Notice of Appeal was caused by circumstances beyond Mann's control.

We grant out-of-time appeals under M. R. App. P. 4(6) when an appellant establishes the existence of "extraordinary circumstances amounting to a gross miscarriage of justice," which would exist if we were to deny the petition here.

IT IS THEREFORE ORDERED that the petition for an out-of-time appeal is GRANTED.

IT IS FURTHER ORDERED that the Appellate Defender shall have 30 days from the date of this Order within which to prepare, file, and serve a Notice of Appeal and a Request for Transcripts, if necessary, in compliance with the Montana Rules of Appellate Procedure.

The Clerk is directed to provide copies of this Order to all counsel of record.

DATED this 18 day of July, 2023.

_____

_____

_____

_____

_____
Justices

2